IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| JAMES A. JEFFERSON, JR. DELONTA JONES, QUANDRA PINCKNEY, individually and as guardian of K.J., a minor, and TIFFANY LIVINGSTON, as guardian of D.M., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DWIGHT G. BINGHAM,<br><br>Defendants. | C.A. No. 5:15-CV02938-JMC<br><br>**NOTICE OF MOTION AND CONSENT TO REMAND CASE** |

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA; ORANGEBURG DIVISION:

The parties would respectfully show in support of this Motion and Consent Order to Remand this case to the Court of Common Pleas for Orangeburg County, South Carolina:

1. The above entitled action was commenced in the Court of Common Pleas for Orangeburg County, South Carolina by filing of the Summons and Complaint on May 22, 2015 and by service of the Summons and Complaint upon the Defendant on June 24, 2015.

2. This action is one of a civil nature having been brought by the Plaintiff against the Defendant for alleged injuries sustained by Plaintiff in an automobile accident which occurred on or about December 13, 2014.

3. This matter was removed from the Court of Common Pleas for Orangeburg County, South Carolina by the Defendant on July 24, 2015  pursuant to Title 28 U.S.C.§

1332(a)(1) which would grant this Court jurisdiction based on complete diversity of citizenship and an amount in controversy in excess of Seventy Five Thousand and No/100 ($75,000.00) Dollars.

    4.    The parties to this matter hereby stipulate that while there is complete diversity of citizenship, the amount in controversy is less than Seventy Five Thousand and No/100 ($75,000.00) Dollars and therefore, this Court does not have jurisdiction over this matter pursuant to Title 28, U.S.C. §1332(a) (1).

    5.    The parties hereby consent to and Move this Court to remand this case to the Court of Common Pleas for Orangeburg County, South Carolina.

    6.    The Plaintiff hereby consents to forever limit the amount in controversy to Seventy Four Thousand Nine Hundred Ninety Nine and No/100 Dollars ($74,999.00).

    WHEREFORE, the parties:

    1.    Consent to remand this matter to the Court of Common Pleas for Orangeburg County, South Carolina;

    2.    Consent to forever limit the amount in controversy to Seventy Four Thousand Nine Hundred Ninety Nine and No/100 Dollars ($74,999.00);

    3.    Respectfully request an Order from this Court remanding the case to the Court of Common Pleas for Orangeburg County, South Carolina.

**WE CONSENT**:

Green Law Firm, LLC.

_____
Keith Robinson
P.O. Box 70306
N. Charleston, South Carolina 29415
(843) 747-2455
Attorney for Plaintiff
Federal I.D. No. 8027

**WE CONSENT:**

Clawson & Staubes, LLC.

_____
Robert L. Brown
Attorney for Defendant
1612 Marion Street,
Suite 200
Columbia, SC 29201-2939
Bar No: 73568

    Upon Motion and Consent of the parties, this matter is hereby Remanded to the Court of Common Pleas for Orangeburg County, South Carolina due to lack of jurisdiction of this Court.

    **IT IS SO ORDERED.**

                                   s/J. Michelle Childs
                                   J. Michelle Childs
                                   United States District Judge

Date: August 17, 2015